# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEENA INVESTMENT, LLC,<br><br>　　　　Defendant. | Case No. 1:21-cv-00788-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON SERVICE OF COMPLAINT<br><br>FIVE-DAY DEADLINE |

　　On May 16, 2021, Plaintiff Theresa Brooke filed this action against Defendant Aleena Investment, LLC, alleging violations of the Americans with Disabilities Act and California law. (ECF No. 1.)  A summons was issued on May 17, 2021.  (ECF No. 2.)  Plaintiff has not returned a proof of service for the Defendant.  There is currently a mandatory initial scheduling conference set in this action for August 26, 2021, before the undersigned.  (ECF Nos. 3, 4.)

　　Accordingly, IT IS HEREBY ORDERED that within **five (5) days** from the date of entry of this order Plaintiff shall file a notice informing the Court of the status of service on Defendant Aleena Investment, LLC, and addressing continuance of the mandatory scheduling conference.

IT IS SO ORDERED.

Dated:　__**August 9, 2021**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1