1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11    THERESA BROOKE, | Case No.  1:21-cv-00788-NONE-SAB |
| 12         Plaintiff, | ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE AND |
| 13    v. | CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| 14    ALEENA INVESTMENT, LLC, | (ECF No. 6) |
| 15         Defendant. | |

16

17    This action was filed on May 16, 2021.  (ECF No. 1.)  On August 9, 2021, the Court

18 ordered Plaintiff to file a status report concerning the service of the complaint.  (ECF No. 5.)  On

19 August 10, 2021, Plaintiff filed a notice of voluntary dismissal, with prejudice, pursuant to Rule

20 41(a)(1) of the Federal Rules of Civil Procedure.  (ECF No. 6.)

21    "[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his

22 action prior to service by the defendant of an answer or a motion for summary judgment.' "

23 Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)

24 (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  The Ninth Circuit has

25 held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet

26 to serve an answer or motion for summary judgment.  Pedrina v. Chun, 987 F.2d 608, 609 (9th

27 Cir. 1993).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required,

28 the parties are left as though no action had been brought, the defendant can't complain, and the

1

1  district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193

2  F.3d at 1078.  In this action, no defendant has filed an answer or other responsive pleading.

3        Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to

4  this case for the purpose of closing the case and then to adjust the docket to reflect voluntary

5  dismissal of this action pursuant to Rule 41(a).

6

7  IT IS SO ORDERED.

8  Dated:    **August 11, 2021**

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2